TOMPKINS-SENECA-TIOGA SCHOOLS HEALTH INSURANCE COOPERATIVE, Respondent, v CANDOR CENTRAL SCHOOL DISTRICT, Appellant.

Submitted December 10, 2007; decided February 7, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of RAYMOND M. WEINSTEIN et al., Appellants, v CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.

Submitted December 3, 2007; decided February 7, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 811 (2007)].